# Court of Appeals
# of the State of Georgia

ATLANTA,  May 20, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1908. MARCUS ANTHONY TERRELL v. THE STATE**.

A jury found Marcus Anthony Terrell guilty of rape, aggravated sodomy, aggravated sexual battery, burglary, aggravated assault, and false imprisonment, and his convictions were affirmed in an unpublished opinion. See Case No. A20A0883 (Oct. 19, 2020). Over five years later, Terrell filed a petition for post-conviction release, challenging his conviction on multiple grounds. The trial court denied the petition on February 27, 2026, and Terrell filed a notice of appeal on April 2, 2027. We, however, lack jurisdiction for two reasons.

First, Terrell's appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Ebeling v. State*, 355 Ga. App. 469, 469 (844 SE2d 518) (2020). Here, however, Terrell's notice of appeal was filed 34 days after entry of the trial court's order.

Second, "[a] motion to vacate a conviction ... is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). In substance, Terrell's petition sought to have his conviction set aside due to an alleged miscarriage of justice. See id. (in construing pleadings, substance controls over nomenclature). Because Terrell is not authorized to collaterally attack his convictions in this manner, his appeal is subject to dismissal. See id.

For these reasons, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 05/20/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*